# UNITED STATES DISTRICT COURT

## District of Minnesota

Milton Geovanny Rocana Farex

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00691-PAM-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is DENIED; and
2. This action is DISMISSED without prejudice.

Date: 2/10/2026

KATE M. FOGARTY, CLERK